FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 MAY 16 P 1:54

WILLIAM W. BLEVINS
CLERK

**FELONY**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-00091 |
| v. | * | SECTION: SECT. A MAG. 2 |
| DERRICK USEY | * | VIOLATIONS: 21 U.S.C. § 846 |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(2) |
| | * | 18 U.S.C. § 924(c) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Conspiracy to Distribute Controlled Dangerous Substances)

Beginning on a date unknown, but sometime prior to March 7, 2019, and continuing to on or about April 1, 2019, in the Eastern District of Louisiana and elsewhere, the defendant, **DERRICK USEY**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectible amount of Methamphetamine, a Schedule II Controlled Dangerous Substance, and quantities of Marijuana an

X Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

Lysergic Acid Diethylamide (LSD), Schedule I Controlled Dangerous Substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(C), and (b)(1)(D); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Felon in Possession of a Firearm)

On or about March 7, 2019, in the Eastern District of Louisiana, the defendant, **DERRICK USEY**, did possess a firearm and ammunition, to wit: a Taurus TCP .380 caliber semi-automatic handgun, serial number 53721C, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, after having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 18, 2016, in the 32nd Judicial District Court for the State of Louisiana, Parish of Terrebonne, under case number 701428, for Possession of a Controlled Dangerous Substance (three counts), in violation of LA. R.S. 40:967; a conviction on August 10, 2016, in the 17th Judicial District Court for the State of Louisiana, Parish of Lafourche, under case number 552294, for possession with the intent to distribute methamphetamine, in violation of LA. R.S. 40:967; and a conviction on October 6, 2016, in the 32nd Judicial District Court for the State of Louisiana, Parish of Terrebonne, under case number 730362, for Possession with Intent to Distribute a Controlled Dangerous Substance (three counts), in violation of LA. R.S. 40:966 and La. R.S. 40:967, and did so knowingly, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(Possession with intent to Distribute Controlled Dangerous Substances)

On or about March 7, 2019, in the Eastern District of Louisiana, the defendant, **DERRICK USEY**, did knowingly and intentionally possess with the intent to distribute 500 grams or more of

2

a mixture or substance containing a detectible amount of Methamphetamine, a Schedule II Controlled Dangerous Substance, and quantities of Marijuana and Lysergic Acid Diethylamide (LSD), Schedule I Controlled Dangerous Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT 4
(Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about March 7, 2019, in the Eastern District of Louisiana, the defendant, **DERRICK USEY**, did knowingly possess a firearm, to wit: a Taurus TCP .380 caliber semi-automatic handgun, serial number 53721C, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Conspiracy to distribute and possess with the intent to distribute controlled dangerous substances as charged in Count 1, in violation of Title 21, United States Code, Section 846, and possession with the intent to distribute controlled dangerous substances as charged in Count 3; all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1 and 3 of this indictment are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 and 3, the defendant, **DERRICK USEY**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in

3

any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1 and 3 of this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1. The allegations of Counts 2 and 4 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2 As a result of the offenses alleged in Counts 2 and 4, the defendant, **DERRICK USEY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461, any firearm or ammunition, which was

involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), as alleged in Count 2 of this indictment or a knowing violation of Title 18, United States Code, Section 924(c), as alleged in Count 4 of the indictment, but not limited to:

> a Taurus TCP .380 caliber semi-automatic handgun, serial number 53721C, and ammunition

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A), 922(g), and 924(d)(1).

A TRUE BILL:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

*[signature]*
MAURICE E. LANDRIEU, JR
Assistant United States Attorney
Bar Roll No. 22104


New Orleans, Louisiana
May 16, 2019

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

| Eastern | District of | Louisiana |
|---------|-------------|-----------|
| Criminal | | Division |

## THE UNITED STATES OF AMERICA

vs.

## DERRICK USEY

---

## INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS:  Title 21, U.S.C., §§ 846 & 841(a)(1)
Title 18, U.S.C., §§ 922(g)(1), 924(a)(2)
Title 18, U.S.C. § 924(a)(1), 924(c)

---

A true bill.

_____
Foreperson

---

Filed in open court this _____ day of _____ A.D. 2019.

_____
Clerk

Bail, $ _____

_____
MAURICE LANDRIEU
Assistant United States Attorney